UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  CV 11-3086-JSL (PLA)                                              Date   April 5, 2012

Title:  Israel Rivas Montano v. Michael J. Astrue

---

PRESENT:  THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**        (IN CHAMBERS)

Pursuant to this Court's Order of November 22, 2011, the parties were to notify the Court, through the lodging of a proposed Judgment, if a voluntary remand was being accepted in this case. In the event that there was no agreement as to a voluntary remand, plaintiff was to inform the Court of this fact through the filing of a pleading entitled "Notice of Compliance with Settlement Conference Order." On December 29, 2011, the Court issued an Order concerning the parties' stipulation to extend briefing schedule that was filed with the Court on December 28, 2011. Plaintiff's proposed Judgment was due by March 26, 2012, or a Notice of Compliance with Settlement Conference Order was due by March 23, 2012.

To date, neither of these documents has been received by the Court. Accordingly, **no later than April 12, 2012, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of one of the two required documents, and compliance with the additional requirements set forth in the November 22, 2011, Order, shall be deemed compliance with this Order to Show Cause.

Initials of Deputy Clerk   ch