# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ISRAEL RIVAS MONTANO,           )<br>                                 )<br>        Plaintiff,              )<br>                                 )<br>    v.                           )<br>                                 )<br>MICHAEL J. ASTRUE,               )<br>COMMISSIONER OF SOCIAL           )<br>SECURITY ADMINISTRATION,         )<br>                                 )<br>        Defendant.               )<br>_____) | No. CV 11-3086-JSL (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow Court orders.

DATED:   June 25, 2012

_____
HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE